**Dismissed and Opinion Filed January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00502-CV

**SHAMELYA ETIER, Appellant**
**V.**
**STAMPES, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02004-D**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Myers and Carlyle
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated October 10, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE

190502f.p05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SHAMELYA ETIER, Appellant

No. 05-19-00502-CV        V.

STAMPES, LLC, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas

Trial Court Cause No. CC-19-02004-D.

Opinion delivered by Chief Justice Burns. Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 24th day of January, 2020.